[No. 71191-1-I.   Division One.   July 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELIUS RITCHIE, *Appellant*.

*Reversed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Cox, JJ.

[No. 71408-2-I.   Division One.   July 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LELAND DULANI HARRIS, *Appellant*.

*Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 71539-9-I.   Division One.   July 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY AQUININGOC, *Appellant*.

*Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 71905-0-I.   Division One.   July 6, 2015.]

SANDRA J. ARCHDALE, *Appellant*, v. SHARYL L. O'DANNE, *Respondent*.

*Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Trickey, JJ.